UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 6:14-cr-259-Orl-28TBS

ANDRE L. WILLIAMS

**NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

**I.    Essential Elements**

  **A.    Counts One and Two**

The essential elements of a violation of 18 U.S.C. § 2252A(a)(2)(A), as charged in Counts One and Two of the Indictment, are as follows:

  First:      the Defendant knowingly distributed an item of child pornography;

  Second:  the item of child pornography had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or by using a means or facility of interstate or foreign commerce, that is, the Internet;   and

  Third:     when the Defendant distributed the item, the Defendant believed the item was child pornography.

**II.   Minimum and Maximum Statutory Penalties**

  **A.    Counts One and Two**

Counts One and Two of the Indictment each carry a minimum and maximum sentence of:

  --    Not less than 5 years up to 20 years imprisonment;

  --    a fine of $250,000;

1

> -- a term of supervised release of not less than 5 years up to life; and
>
> -- a special assessment of $100, said special assessment to be due on the date of sentencing.

In addition, the defendant will be ordered to pay restitution to any victim of his offenses and to forfeit the items of electronic evidence that were seized from the defendant upon his arrest.

### III.  Factual Basis

In September 2012, an individual who was subsequently federally prosecuted (referred to herein as the "cooperating defendant") was identified as a possible suspect in the distribution of child pornography through use of a file sharing program. A federal search warrant was obtained and was executed on March 21, 2013 at the cooperating defendant's residence.  The cooperating defendant was arrested, pled guilty, and was sentenced to in federal prison in 2013.

As part of his plea, the cooperating defendant agreed to cooperate in other investigations.  One of the individuals against whom the cooperating defendant has cooperated is ANDRE L. WILLIAMS.  In 2010, the cooperating defendant traded child pornography with WILLIAMS.  The cooperating defendant distributed his child pornography by sending links to an on-line album, while WILLIAMS distributed his child pornography by attaching it to emails that he sent from a Gmail account with the address of nyboy15@gmail.com.

As part of the federal prosecution of the cooperating defendant, FBI agents conducted an examination of his computer and email account.  Based on those

examinations, agents were able to find thirteen (13) emails from March 10, 2010 through April 24, 2010 where images of child pornography were traded between the cooperating defendant and WILLIAMS (who was using a Gmail e-mail address of nyboy15@gmail.com).   The e-mails started on March 10, 2010, with WILLIAMS requesting a password from the cooperating defendant who had an album posted at IMGSRC, which is an online image hosting site that is known by law enforcement as a site where individuals share child pornography.   On April 7, 2010, the cooperating defendant responded, "Hey, do you have anything to offer in return?"   The emails continued after that and are summarized as follows:

      a.    On April 10, 2010, WILLIAMS sent five (5) images, along with the message, "Good enough? :) What was the name of your album again?"   At least three (3) of the images were of child pornography.

      b.    On April 10, the cooperating defendant responded, "here is the album and the password is *********. Do you have any others? Those are really hot."   A hyperlink to IMGSRC was sent for the album location.

      c.    On April 10, 2010, WILLIAMS responded, "Thanks, do you have anymore passwords to other people's pages that you found hot? I've got plenty more pics of other boys to give you, if you help out. :)"   There were six (6) images sent with the e-mail.   Five (5) of the images were of child pornography.

      d.    On April 11, 2010, the cooperating defendant responded, "I don't know anyone else's password but I can give you the link to most of my stuff that you can

download. This is stuff that I've gotten from other people sending me. Are those pics titled 'me' by any chance you?"

      e.      On April 11, 2010, WILLIAMS responded, "No they aren't me, they're a boy I know. And I'd love to get that link. :) Here's another boy I know."   Nine (9) images were attached to this e-mail.   Of those, at least five (5) of the images were of child pornography.

      f.      On April 11, 2010, the cooperating defendant responded, "Do you have by chance any of you? Do you have any vids or action pics? Here's the link but please don't share it with anyone. The mix folder is boys and teen-mid 20's. There are some .rar files in that folder that I haven't finished uploading the rest of the parts too."   A hyperlink to "mediafire" was sent with this email.   "Mediafire" is a cloud storage website.

      g.      On April 11, 2010, WILLIAMS responded, "I'm 21 now, not sure if you want any of me lol And do you have any videos? Those were so hot that you just sent. I won't send them to anyone." There were eight (8) images sent with this e-mail.   At least four (4) of the images were of child pornography.

      h.      On April 11, 2010, the cooperating defendant responded, "I don't have any videos uploaded yet but hope to be able to soon so be sure and keep that link. I like boys from about 12yr old up to about 25yr old so I wouldn't mind any of you if you're willing and hot. LOL"

      i.      On April 18, 2010, WILLIAMS responded, "Hey I love the video's you've uploaded so far. I'll continue to send you pictures if you upload more. How many

4

more do you have?" There were fifteen (15) images sent with this e-mail.   At least two (2) of the images were of child pornography.

   j. On April 19, 2010, the cooperating defendant responded, "At this moment I'm not really sure how many I have because I've got a bunch burned to cds that I'll also be uploading."

   k. On April 24, 2010, WILLIAMS responded, "Oh ok can't wait to see them! :)."   There were seven (7) images sent with this e-mail, but the ages of the boys have not yet been determined.

 In 2013, a Task Force Agent with the Federal Bureau of Investigation (referred to herein as the "Undercover Agent") took over the cooperating defendant's on-line identify (with the permission of the cooperating defendant), re-contacted WILLIAMS, and received additional distributions of child pornography from WILLIAMS. WILLIAMS made these child pornography distributions by giving the Undercover Agent access to WILLIAMS' Dropbox account.   The following is a summary of those distributions:

   a. On August 7, 2013, at approximately 3:36 p.m., the Undercover Agent conducted an undercover operation in which he assumed cooperating defendant's identity and sent an e-mail to WILLIAMS at nyboy15@gmail.com that read, "been a while have anything good, my computer crashed and is on the mend, I lost everything & im trying to start over."

   b. At approximately 3:45 p.m. that same day, WILLIAMS, using the nyboy15@gmail.com email address, responded and sent the following Dropbox link,

"https://www.dropbox.com/sh/spg37l1jgdhhtcv/qG2MiCZ3uS."   A check of the Dropbox link revealed hundreds of images of child pornography primarily of prepubescent boys engaged in sexual acts or in suggestive poses by themselves.   The Undercover Agent, located in Orange County, in the Middle District of Florida, was able to download numerous files of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, and recorded the session using a camtasia video recorder on August 7, 2013.   **This distribution of child pornography is what forms the basis of the charge in Count One of the Indictment.**

        c.      On August 8, 2013, WILLIAMS, using the nyboy15@gmail.com email address, sent another Dropbox link in response to the e-mail that the Undercover Agent had sent indicating that the cooperating defendant had lost "his" collection of child pornography.   WILLIAMS, using the nyboy15@gmail.com email address, responded, "Fuck, I'm sorry.   Well I hope my collection (containing much of what you gave me) can alleviate some of that stress."   WILLIAMS, using the nyboy15@gmail.com email address, then provided the Dropbox link, "https://www.dropbox.com/sh/4d5htdtubn39d3g/nmB2Ga8M56" which had numerous folders with over a thousand images of child pornography depicting prepubescent boys engaged in sexual acts or in suggestive poses by themselves.   The Undercover Agent, located in Orange County, in the Middle District of Florida, was able to download numerous files of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, and recorded the session using a camtasia video recorder on

August 8, 2013.  **This distribution of child pornography is what forms the basis of the charge in Count Two of the Indictment.**

After that, WILLIAMS exchanged communications with the undercover agent from August 2013 to April 2014, in which WILLIAMS distributed additional child pornography and discussed the production and distribution of child pornography.  In some of those communications, WILLIAMS acknowledged that he had traded child pornography with the cooperating defendant in the past.

For the two distributions of child pornography that are charged in the Indictment, WILLIAMS used his Dropbox account and his Gmail account to make, and/or facilitate, those distributions.  In response to a subpoena, Dropbox, Inc. responded with the following information for the two Dropbox links that had been sent by WILLIAMS on August 7, 2013 and August 8, 2013:

> Name:             Andre Williams
>
> E-mail:           awilliams4747@gmail.com
>
> User:             17639347
>
> Joined:           2010-12-29 23:06:05 GMT
>
> Subscription Status: Paid since March 17, 2013
>
> Billing Information:
>
> Card ending in 0017
> Andre Williams
> Mobile, AL
> United States

In response to a subpoena, Google Inc. provided the following user and subscriber information for [nyboy15@gmail.com](nyboy15@gmail.com):

    Name:    Steven Phillips

    E-mail:    nyboy15@gmail.com

    Secondary e-mail:    amdw47@hotmail.com

    Created on:    2008/10/03-22:05:49-UTC

    IP:    69.126.114.108

    SMS:    9179721993

A review of the results from both subpoena returns revealed that the Dropbox user and the user of nyboy15@gmail.com used the same IP addresses on the same day, specifically on August 8, 2013, where the IP address 67.81.144.72, was used.  The e-mail address for Dropbox and the secondary e-mail for nyboy15@gmail.com are also similar (awilliams4747@gmail.com and amdw47@hotmail.com). The nyboy15@gmail.com subpoena results displayed a SMS (which stands for short message service and is also called texting or text messaging; SMS messages or 'texts' are usually sent from one mobile phone to another) number of 9179721993.  A check with a law enforcement program of that number revealed that is possibly registered to Andree L. Williams II, from Mobile, Alabama.

During the course of the investigation, federal search warrants were obtained for WILLIAMS' Dropbox account and his Gmail account (which was the same Gmail account that WILLIAMS used to trade child pornography with the cooperating defendant in 2010). A review of the Dropbox account confirms that it belongs to WILLIAMS and that he uses

that account to distribute and receive child pornography.   The Undercover Agent was able to find in WILLIAMS' Dropbox account copies of the same images of child pornography that the Undercover Agent downloaded from WILLIAMS's Dropbox account on August 7, 2013 and August 8, 2013.

In addition, WILLIAMS' Dropbox account includes evidence of several distributions of child pornography, as well as several communications in which WILLIAMS requests that children send him nude images or images of them engaged in sexually explicit conduct.   WILLIAMS' Dropbox account also includes other evidence of his sexual offenses against several children, including images of those offenses, chats with those children, and other related files.   In particular, WILLIAMS' Dropbox account includes a folder entitled, "Been With," which has 78 sub-folders and 974 files of individuals who Williams claims to have "been with," including several sub-folders that have images of boys who appear to be under 18 years old who are either nude or engaged in sexual activity.

WILLIAMS' Gmail account also includes evidence related to his criminal offenses involving children.   The following is a summary of some of the contents of his Gmail account:

      a.    The account contains the emails between WILLIAMS and the cooperating defendant in 2010.

      b.    The account includes emails regarding a minor with whom WILLIAMS engaged in sexual activity and who was used by WILLIAMS to produce child pornography.

   c. On September 19, 2011, WILLIAMS exchanged emails with a subject who claimed to be 16 years old.   In his email, WILLIAMS sent a photograph of his penis, and WILLIAMS requested that the minor send sexually explicit photographs to WILLIAMS.

   d. On January 14, 2013, WILLIAMS sent two emails containing child pornography to another email account.   On January 15, 2013, WILLIAMS received child pornography from that individual.

   e. On July 31, 2013, an individual responded to a Craigslist advertisement entitled, "Toilet For Young Boys - m4m - 24 (Mobile)," and asked WILLIAMS what age was too young.   WILLIAMS responded, "tell me how old you are, and I'll let you know."   The individual responded, "13."   WILLIAMS responded, "Idk. Pics?"   The individual indicated he had a school picture from last year that he could send.   WILLIAMS stated, "Yep that's a good start lol."   The individual sent a photograph, which depicted a young boy.

   f. The account includes the emails between WILLIAMS and the Undercover Agent.

WILLIAMS was arrested in April 2013, in Mobile, Alabama, for engaging in sexual activity with a minor.   The charges were later dropped.

On November 21, 2014, WILLIAMS agreed to participate in a post-<u>Miranda</u> interview.   In that interview, WILLIAMS admitted, among other things, that he used his Dropbox and Gmail accounts to trade child pornography and that he is sexually attracted to minor boys.   WILLIAMS also admitted that he has engaged in sexual activity with three

10

minors, including the minor that led to his charges in Alabama. WILLIAMS stated that he has used various Internet sites to meet men and that the sexual encounter with the minor that led to his arrest in Alabama had originated from an online meeting.

Date: May 23, 2015

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By: *s/ Roger B. Handberg*
   Roger B. Handberg
   Assistant United States Attorney
   Florida Bar No. 0241570
   501 West Church Street, Suite 300
   Orlando, Florida  32805
   Telephone:  (407) 648-7500
   Facsimile:    (407) 648-7643
   E-mail:  Roger.Handberg@usdoj.gov

U.S. v. WILLIAMS                                           Case No. 6:14-cr-259-Orl-28TBS

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Fritz J. Scheller

|  |  |
|---|---|
| By: | *s/ Roger B. Handberg* |
|  | Roger B. Handberg |
|  | Assistant United States Attorney |
|  | Florida Bar No. 0241570 |
|  | 501 West Church Street, Suite 300 |
|  | Orlando, Florida   32805 |
|  | Telephone:   (407) 648-7500 |
|  | Facsimile:     (407) 648-7643 |
|  | E-mail: Roger.Handberg@usdoj.gov |