# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:14-cr-259-Orl-28TBS**

**ANDRE L. WILLIAMS**

_____

AUSA: Joseph Schuster (for Roger Handberg)
Defense Attorney: Fritz Scheller

| JUDGE: | **JOHN ANTOON II**<br>United States District Judge | DATE/TIME: | **May 26, 2015**<br>9:52-10:18AM |
|---|---|---|---|
| DEPUTY CLERK: | Sara Riddle | REPORTER: | Koretta Stanford |

## CLERK'S MINUTES
## CHANGE OF PLEA

Defendant placed under oath.

After inquiring with the defendant, the Court accepted the defendant's plea of guilty to Counts One and Two of the Indictment and adjudicated him guilty of same.

Sentencing set for October 16, 2015 at 9:30am.

Court adjourned.