UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:14-cr-259-Orl-28TBS

ANDRE L. WILLIAMS

## **GOVERNMENT'S REPONSE TO COURT'S NOTICE DATED JUNE 3, 2015**

With respect to the images distributed or possessed by the defendant, the undersigned has been advised as to the following:

- The defendant distributed or possessed approximately 4,200 images of child pornography.

- Of those, at least 3,900 of the images were of prepubescent minors, with approximately 48 images of bondage and 175 images of sadomasochistic conduct (i.e., anal penetration of a prepubescent child by an adult with penis, hand, or phallic device).

- The defendant distributed or possessed more than 140 videos of child pornography. Of those, at least 20 were of prepubescent minors, with one video of bestiality.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Roger B. Handberg*
ROGER B. HANDBERG.
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:(407) 648-7500
Facsimile:(407) 648-7643
E-mail:  roger.handberg@usdoj.gov

1

U.S. v. WILLIAMS					Case No. 6:14-cr-259-Orl-28TBS

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Fritz J. Scheller

> Respectfully submitted,
>
> A. LEE BENTLEY, III
> United States Attorney
>
> By:  s/ Roger B. Handberg
> ROGER B. HANDBERG.
> Assistant United States Attorney
> Florida Bar No. 0241570
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:(407) 648-7500
> Facsimile:(407) 648-7643
> E-mail:   roger.handberg@usdoj.gov